[Cite as *Sengstock v. Twinsburg*, 2022-Ohio-314.]

| LOREN C. SENGSTOCK | Case No. 2021-00330PQ |
| Requester | Judge Patrick E. Sheeran |
| v. | <u>JUDGMENT ENTRY</u> |
| CITY OF TWINSBURG | |
| Respondent | |

{¶1} On November 17, 2021, a Special Master issued a Report and Recommendation (R&R) in this public-records case.  The Special Master recommends (1) a finding by the Court that Respondent has failed to produce public records in violation of R.C. 149.43(B)(1), (2) issuance of an order directing Respondent to "disclose the redacted employee names," (3) issuance of an order directing that Requester is entitled to recover from Respondent the costs associated with this action, including the twenty-five-dollar filing fee, and (3) assessment of court costs to Respondent.

{¶2} Neither party has timely filed written objections to the Report and Recommendation, as permitted by R.C. 2743.75(F)(2).  Pursuant to R.C. 2743.75(F)(2), if neither party timely objects to a special master's report and recommendation, then this Court is required to "promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation."

{¶3} The Court determines that there is no error of law or other defect evident on the face of the Special Master's Report and Recommendation of November 17, 2021. The Court adopts the Report and Recommendation.  The Court finds that that Respondent has failed to produce public records in violation of R.C. 149.43(B)(1).  The Court ORDERS Respondent to forthwith disclose certain redacted employee names, as

set forth in the Report and Recommendation. Requester is entitled to recover from Respondent the amount of the filing fee of twenty-five dollars and any other costs associated with the action that are incurred by Requester, but Requester is not entitled to recover attorney fees. Court costs are assessed to Respondent. The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

 

PATRICK E. SHEERAN
Judge

**Filed January 6, 2022**
**Sent to S.C. Reporter 2/4/22**